AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

**RECEIVED**

**SEP 0 4 2013**

**WARRANTS**

| | ) | |
|---|---|---|
| ANNETTE HAMILTON | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No.  **13-80841-CV-RYSKAMP/HOPKINS** |
| CAPITAL ACCOUNTS, LLC | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Capital Accounts, LLC
c/o INCORP SERVICES, INC.
216 CENTERVIEW DR STE 317
BRENTWOOD, TN 37027-3226 USA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Alex D. Weisberg
Weisberg & Meyers, LLC
5722 S. Flamingo Road, #656
Cooper City, FL 33330

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   **August 23, 2013**

Steven M. Larimore
Clerk of Court

s/Ahlai Israel
Deputy Clerk
U.S. District Courts




**WILLIAMSON COUNTY SHERIFF'S OFFICE**
**JEFF LONG, SHERIFF**
408 CENTURY COURT
FRANKLIN, TENNESSEE 37064
(615) 790-5560

# AFFIDAVIT OF SERVICE
## COUNTY OF WILLIAMSON, STATE OF TENNESSEE

Docket Number: 13-80841-CV-RYSKAMP/HOPKINS

Plaintiff: Annette Hamilton

-Versus-

Defendant: Capital Accounts, LLC

I, <u>Gary L. Brown Jr.</u>, acting in my capacity and office as an employee of the Williamson County Sheriff's Department, in Williamson County Tennessee, hereby certify that a copy of the complaint and Summons in the above style case to be served in the following manner:

Served: X          Not Served:

Type of Service: Served Katie Green as agent for Incorp Services.

Date: <u>9/6/2013</u>

_____
Deputy Sheriff

Personally appeared before me, <u>Gary L. Brown Jr.</u>, known to be a Sheriff's Deputy of Williamson County, Tennessee.

Sworn to and subscribed to me this <u>6</u> Day of <u>September</u>  2013

_____
Notary Public

My Commission Expires: <u>1-15-17</u>

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. **13-80841-CV-RYSKAMP/HOPKINS**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☑ I personally served the summons on the individual at *(place)* Katie Green For 1st corp serv
_____ on *(date)* 9/6/13 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Katie Green Interp Serv , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* 9/6/13 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9/6/13

_____
Server's signature

Gary L Brown Jr Deputy
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc: